Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16507−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher M. Clavo
   31 Sindle Avenue
   Little Falls, NJ 07424

Social Security No.:
   xxx−xx−7198

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       11/7/23
Time:       02:30 PM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Scura, Wigfield, Heyer, Stevens & Cammarota, LLP

COMMISSION OR FEES
$4,830.50

EXPENSES
$469.03

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 12, 2023
JAN:

                                                          Jeanne Naughton
                                                          Clerk

Case 23-16507-SLM    Doc 15    Filed 10/14/23    Entered 10/15/23 00:14:43    Desc Imaged
Certificate of Notice    Page 2 of 5

United States Bankruptcy Court

District of New Jersey

In re:  
Christopher M. Clavo  
    Debtor

Case No. 23-16507-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 12, 2023     Form ID: 137     Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher M. Clavo, 31 Sindle Avenue, Little Falls, NJ 07424-1618 |
| 519985097 | + | Carvana, LLC, 600 Creek Road, Riverside, NJ 08075-5210 |
| 519985104 | + | Kelly Torres, 31 Sindle Avenue, Little Falls, NJ 07424-1618 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2023 02:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2023 02:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2023 23:02:29 | Bridgecrest Acceptance Corporation Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 520021009 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2023 22:51:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519985092 | + | Email/PDF: bncnotices@becket-lee.com | Oct 12 2023 23:15:08 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519985091 | | Email/PDF: bncnotices@becket-lee.com | Oct 12 2023 22:51:33 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 519985093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2023 00:06:15 | Bby/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519985094 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 12 2023 23:02:39 | Bestegg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 519989030 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2023 22:51:16 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519985095 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2023 22:51:27 | Cap1/Wmt, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519985096 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2023 22:50:56 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520021745 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2023 23:15:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520043539 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 12 2023 22:51:32 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520044272 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2023 22:51:33 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519985098 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-16507-SLM    Doc 15    Filed 10/14/23    Entered 10/15/23 00:14:43    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 137 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 13 2023 02:15:00 | Comenity Bank/Express, Pob 18278, Columbus, OH 43218 |
| 519985099 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 12 2023 23:14:52 | Creditonebnk, Pob 98872, Las Vegas, NV 89193-8872 |
| 519985100 | ^ | MEBN | Oct 12 2023 21:36:47 | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 520035771 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 13 2023 02:16:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519985101 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 13 2023 02:15:00 | Goldman Sachs Bank Usa, 200 West St, New York, NY 10282-2198 |
| 520036725 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 12 2023 23:02:18 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519985102 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 13 2023 02:15:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519985103 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2023 02:15:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519985105 | + | Email/Text: Documentfiling@lciinc.com | Oct 13 2023 02:15:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 519985106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 12 2023 23:15:25 | Macys/Cbna, Po Bpx 8053, Mason, OH 45040-8053 |
| 520033097 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2023 23:02:24 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519985107 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 13 2023 02:15:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519985108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 23:15:06 | Syncb/Ashhom, Po Box 981439, El Paso, TX 79998-1439 |
| 519985109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 22:50:56 | Syncb/Low, Po Box 981400, El Paso, TX 79998-1400 |
| 519985110 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 12 2023 22:51:25 | Syncb/Walmar, Pob 103027, Roswell, GA 30076 |
| 519985111 | + | Email/Text: documentfiling@lciinc.com | Oct 13 2023 02:14:00 | Telecom Self Reported, Po Box 4500, Allen, TX 75013-1311 |
| 519985112 | ^ | MEBN | Oct 12 2023 21:35:57 | Utility Self Reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520021038 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 12, 2023 | Form ID: 137 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| David L. Stevens | on behalf of Debtor Christopher M. Clavo dstevens@scura.com ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Paul Evangelista | on behalf of Debtor Christopher M. Clavo pevangelista@scura.com pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5