Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16507−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher M. Clavo
   31 Sindle Avenue
   Little Falls, NJ 07424

Social Security No.:
   xxx−xx−7198

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 27, 2023.

Dated: November 27, 2023
JAN: ntp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-16507-SLM |
| Christopher M. Clavo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 27, 2023 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christopher M. Clavo, 31 Sindle Avenue, Little Falls, NJ 07424-1618 |
| 519985097 | + | Carvana, LLC, 600 Creek Road, Riverside, NJ 08075-5210 |
| 519985104 | + | Kelly Torres, 31 Sindle Avenue, Little Falls, NJ 07424-1618 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 27 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 27 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2023 20:56:20 | Bridgecrest Acceptance Corporation Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| 520021009 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2023 21:07:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519985092 | + | Email/PDF: bncnotices@becket-lee.com | Nov 27 2023 21:07:36 | Amex, P O Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519985091 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2023 21:07:48 | Amex, P.O. Box 7871, Fort Lauderdale, FL 33329 |
| 519985093 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 21:07:47 | Bby/Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519985094 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Nov 27 2023 21:07:39 | Bestegg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 519989030 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2023 21:07:34 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519985095 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2023 21:07:50 | Cap1/Wmt, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519985096 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2023 20:56:14 | Capital One, 11013 W Broad St, Glen Allen, VA 23060-6017 |
| 520021745 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2023 20:56:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520043539 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 27 2023 20:56:38 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, PO Box 4138, Houston, TX 77210-4138 |
| 520044272 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 21:07:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519985098 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 23-16507-SLM    Doc 25    Filed 11/29/23    Entered 11/30/23 00:16:48    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 27, 2023 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Nov 27 2023 20:52:00 | Comenity Bank/Express, Pob 18278, Columbus, OH 43218 |
| 519985099 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2023 21:07:42 | Creditonebnk, Pob 98872, Las Vegas, NV 89193-8872 |
| 519985100 | ^ | MEBN | Nov 27 2023 20:52:31 | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 520035771 | + | Email/Text: cashiering-administrationservices@flagstar.com | Nov 27 2023 20:52:00 | Flagstar Bank, N.A., 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519985101 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 27 2023 20:52:00 | Goldman Sachs Bank Usa, 200 West St, New York, NY 10282-2198 |
| 520036725 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2023 21:07:28 | Goldman Sachs Bank, USA, by AIS InfoSource, LP as Agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519985102 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 27 2023 20:52:00 | Gs Bank Usa, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 519985103 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2023 20:52:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519985105 | + | Email/Text: Documentfiling@lciinc.com | Nov 27 2023 20:52:00 | Lendclub Bnk, 595 Market St, San Francisco, CA 94105-2802 |
| 519985106 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2023 21:07:21 | Macys/Cbna, Po Bpx 8053, Mason, OH 45040-8053 |
| 520033097 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2023 20:56:39 | Resurgent Capital Services as servicing agent for, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519985107 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 27 2023 20:52:00 | State of New Jersey, Division of Taxation, Compliance and Enforcement - Bankruptcy, 3 John Fitch Way, 5th Floor, Po box 245, Trenton, NJ 08695 |
| 519985108 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2023 20:56:29 | Syncb/Ashhom, Po Box 981439, El Paso, TX 79998-1439 |
| 519985109 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2023 21:07:42 | Syncb/Low, Po Box 981400, El Paso, TX 79998-1400 |
| 519985110 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2023 21:07:46 | Syncb/Walmar, Pob 103027, Roswell, GA 30076 |
| 519985111 | + | Email/Text: documentfiling@lciinc.com | Nov 27 2023 20:51:00 | Telecom Self Reported, Po Box 4500, Allen, TX 75013-1311 |
| 519985112 | ^ | MEBN | Nov 27 2023 20:51:12 | Utility Self Reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520021038 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 27, 2023 | Form ID: plncf13 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2023 at the address(es) listed below:**

**Name** — **Email Address**

Brian C. Nicholas
  on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

David L. Stevens
  on behalf of Debtor Christopher M. Clavo dstevens@scura.com
  ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;sduarte@scura.com;spereyra@scura.com;14518@notices.nextchapterbk.com;dwoody@scura.com

Denise E. Carlon
  on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Paul Evangelista
  on behalf of Debtor Christopher M. Clavo pevangelista@scura.com
  pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;cmartinez@scura.com;jromero@scura.com;rshah@scura.com;vmajano@scura.com;sduarte@scura.com;spereyra@scura.com;aknapp@scura.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6