SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:   CHRISTOPHER M. CLAVO
31 SINDLE AVENUE
LITTLE FALLS,  NJ  07424

Atty:   SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
#### Chapter 13 Case # 23-16507

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $53,600.00**

## RECEIPTS AS OF 01/01/2024      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/21/2023 | $700.00 | | 09/14/2023 | $700.00 | |
| 10/30/2023 | $700.00 | | 12/06/2023 | $700.00 | |

**Total Receipts: $2,800.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,800.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024      (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| FLAGSTAR BANK | 12/11/2023 | $97.47 | 920,690 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 259.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,499.53 | 100.00% | 2,499.53 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 8,263.36 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 25,402.51 | * | 0.00 | |
| 0003 | BBY/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | LVNV FUNDING LLC | UNSECURED | 18,105.49 | * | 0.00 | |
| 0005 | CAP1/WMT | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 14,493.33 | * | 0.00 | |
| 0007 | CARVANA LLC/BRIDGECREST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0008 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CREDITONEBNK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | FLAGSTAR BANK | (NEW) Prepetition A | 832.34 | 100.00% | 97.47 | |
| 0011 | GOLDMAN SACHS BANK | UNSECURED | 7,101.99 | * | 0.00 | |
| 0012 | GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |

**Chapter 13 Case # 23-16507**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0015 | LENDCLUB BNK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | MACYS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | SYNCB/ASHHOM | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCB/LOW | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCB/WALMAR | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UTILITY SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 198.03 | * | 0.00 | |
| 0030 | CITIBANK NA | UNSECURED | 1,691.40 | * | 0.00 | |

**Total Paid: $2,856.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $2,800.00          -     Paid to Claims: $97.47          -     Admin Costs Paid: $2,758.53     =     Funds on Hand: $644.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.