B 2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Debtor 1: Christopher M. Clavo,    Case No. 23-16507-SLM

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TH MSR Holdings LLC | Matrix Financial Services Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Roundpoint Mortgage Servicing LLC
446 Wrenplace Road
Fort Mill, SC 29715

Phone: 877-426.8805
Last Four Digits of Acct #: 0093

Name and Address where transferee payments should be sent (if different from above):

Roundpoint Mortgage Servicing LLC
P.O. Box 19409
Charlotte, NC 28219-9409

Court Claim # (if known): 6-1
Amount of Claim: $429,349.68
Date Claim Filed: 09/27/2023

Phone: 877-426-8805
Last Four Digits of Acct. #: 0093

Phone:
Last Four Digits of Acct #: 0093

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Giacinto    As Authorized Agent    Date: 09/26/2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.