SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ  07470

Re:  CHRISTOPHER M. CLAVO        Atty:  SCURA WIGFIELD HEYER & STEVENS, LLP
     31 SINDLE AVENUE                                   1599 HAMBURG TURNPIKE
     LITTLE FALLS,  NJ  07424                          WAYNE, NJ  07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 23-16507

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,034.00**

## RECEIPTS AS OF 01/01/2025     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 08/21/2023 | $700.00 | | 09/14/2023 | $700.00 | |
| 10/30/2023 | $700.00 | | 12/06/2023 | $700.00 | |
| 01/08/2024 | $700.00 | | 02/07/2024 | $400.00 | |
| 03/07/2024 | $700.00 | | 04/02/2024 | $2,200.00 | |
| 05/06/2024 | $900.00 | | 05/08/2024 | $327.00 | |
| 06/06/2024 | $900.00 | | 07/17/2024 | $700.00 | |
| 08/07/2024 | $900.00 | | 09/05/2024 | $1,100.00 | |
| 10/04/2024 | $750.00 | | 11/06/2024 | $1,050.00 | |
| 12/06/2024 | $900.00 | | | | |

**Total Receipts:  $14,327.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $14,327.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025     (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 08/19/2024 | $705.15 | 931,864 | | 08/19/2024 | $2,167.71 | 931,864 |
| | 09/16/2024 | $114.76 | 933,329 | | 09/16/2024 | $352.78 | 933,329 |
| | 10/21/2024 | $77.41 | 934,727 | | 10/21/2024 | $237.97 | 934,727 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 08/19/2024 | $1,236.79 | 931,933 | | 08/19/2024 | $16.90 | 931,933 |
| | 09/16/2024 | $201.20 | 933,393 | | 10/21/2024 | $135.78 | 934,795 |
| CITIBANK NA | | | | | | | |
| | 08/19/2024 | $144.33 | 931,576 | | 09/16/2024 | $23.49 | 933,064 |
| | 10/21/2024 | $15.85 | 934,421 | | | | |
| FLAGSTAR BANK | | | | | | | |
| | 12/11/2023 | $97.47 | 920,690 | | 02/12/2024 | $734.87 | 923,435 |

Chapter 13 Case # 23-16507

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| GOLDMAN SACHS BANK | | | | | | | |
| | 08/19/2024 | $606.05 | 932,132 | | 09/16/2024 | $98.59 | 933,570 |
| | 10/21/2024 | $66.53 | 934,986 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/19/2024 | $1,545.03 | 932,225 | | 09/16/2024 | $251.43 | 933,650 |
| | 10/21/2024 | $169.61 | 935,086 | | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,044.16 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,413.03 | 100.00% | 4,413.03 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 8,263.36 | * | 981.38 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 25,402.51 | * | 3,016.86 | |
| 0003 | BBY/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | LVNV FUNDING LLC | UNSECURED | 18,105.49 | * | 2,150.24 | |
| 0005 | CAP1/WMT | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 14,493.33 | * | 1,721.20 | |
| 0007 | CARVANA LLC/BRIDGECREST | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0008 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CREDITONEBNK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | ROUNDPOINT MORTGAGE SERVICING LI | (NEW) Prepetition / | 832.34 | 100.00% | 832.34 | |
| 0011 | GOLDMAN SACHS BANK | UNSECURED | 7,101.99 | * | 843.41 | |
| 0012 | GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | LENDCLUB BNK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | MACYS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | STATE OF NEW JERSEY, DIVISION OF TAX | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | SYNCB/ASHHOM | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCB/LOW | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCB/WALMAR | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UTILITY SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 198.03 | * | 23.51 | |
| 0030 | CITIBANK NA | UNSECURED | 1,691.40 | * | 200.87 | |

**Total Paid:  $15,227.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $14,327.00          -    Paid to Claims: $9,769.81          -    Admin Costs Paid: $5,457.19    =    Funds on Hand: $0.00

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.