UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, NJ 07470
973-554-9801
Fax: 973-696-8571
Email: pevangelista@scura.com
Paul S. Evangelista, Esq.
Counsel for Debtor.

| | |
|---|---|
| In Re:<br><br>Christopher M. Clavo<br>                        Debtor. | Case No.:  _____23-16507_____<br><br>Judge:  _____SLM_____<br><br>Chapter:             13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by ___Chapter 13 Standing Trustee.___ ,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:
The 2024 tax return has been uploaded to the Trustee, and the excess tax refund payment of $196.00 has been made on April 30. 2025. Attached, please find proof of payment.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 05/05/2025                                     /s/Christopher M. Clavo
                                                     Debtor's Signature

Date: _____                         _____
                                                     Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Welcome, David L Stevens
Log Out

Search by Case / Last Name

Transaction

**Name**

Christopher Clavo

**Address**

31 Sindle Avenue, Little Falls, NJ, 07424

| **Trustee Name** | **Case Number** |
|---|---|
| Marie-Ann Greenberg | 23-16507 |

| **Date Started** | **Date Cleared** |
|---|---|
| April 30, 2025 | |

**Account Number**

XXXXXX6215

**Routing Number**

031176110

**Status**

Pending

**Transaction ID**

18558438

**Amount**

$196.00