Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−16507−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher M. Clavo
   31 Sindle Avenue
   Little Falls, NJ 07424

Social Security No.:
   xxx−xx−7198

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/14/25 at 10:00 AM

to consider and act upon the following:

*53* − Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/6/2025. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*55* − Certification in Opposition to (related document:53 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/6/2025. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Paul Evangelista on behalf of Christopher M. Clavo. (Evangelista, Paul)

Dated: 5/6/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 23-16507-SLM
Christopher M. Clavo                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: May 06, 2025    Form ID: ntchrgbk    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

**Recip ID    Recipient Name and Address**
db    + Christopher M. Clavo, 31 Sindle Avenue, Little Falls, NJ 07424-1618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

**Name    Email Address**

David L. Stevens
   on behalf of Debtor Christopher M. Clavo dstevens@scura.com
   dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com

Denise E. Carlon
   on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamal J Romero
   on behalf of Debtor Christopher M. Clavo jromero@scura.com
   dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;vduarte@scura.com

Marie-Ann Greenberg
   magecf@magtrustee.com

Paul Evangelista
   on behalf of Debtor Christopher M. Clavo pevangelista@scura.com

    pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com;vduarte@scura.com

Sarah K. McCaffery     on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. smccaffery@friedmanvartolo.com ckohn@hoflawgroup.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7