SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

Re: CHRISTOPHER M. CLAVO
31 SINDLE AVENUE
LITTLE FALLS, NJ 07424

Atty: SCURA WIGFIELD HEYER & STEVENS, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
**Chapter 13 Case # 23-16507**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $56,230.00**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/21/2023 | $700.00 | | 09/14/2023 | $700.00 | |
| 10/30/2023 | $700.00 | | 12/06/2023 | $700.00 | |
| 01/08/2024 | $700.00 | | 02/07/2024 | $400.00 | |
| 03/07/2024 | $700.00 | | 04/02/2024 | $2,200.00 | |
| 05/06/2024 | $900.00 | | 05/08/2024 | $327.00 | |
| 06/06/2024 | $900.00 | | 07/17/2024 | $700.00 | |
| 08/07/2024 | $900.00 | | 09/05/2024 | $1,100.00 | |
| 10/04/2024 | $750.00 | | 11/06/2024 | $1,050.00 | |
| 12/06/2024 | $900.00 | | 01/10/2025 | $900.00 | |
| 02/27/2025 | $700.00 | | 03/06/2025 | $1,100.00 | |
| 03/12/2025 | $98.00 | | 04/03/2025 | $1,002.00 | |
| 05/07/2025 | $1,002.00 | | 05/07/2025 | $196.00 | |
| 06/06/2025 | $1,002.00 | | 07/08/2025 | $600.00 | |
| 07/10/2025 | $402.00 | | 08/07/2025 | $1,002.00 | |
| 09/10/2025 | $1,002.00 | | 10/08/2025 | $1,002.00 | |
| 11/10/2025 | $1,002.00 | | 12/10/2025 | $1,002.00 | |
| 01/09/2026 | $1,002.00 | | | | |

**Total Receipts: $27,341.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $27,341.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 08/19/2024 | $705.15 | 931,864 | 08/19/2024 | $2,167.71 | 931,864 |
| | 09/16/2024 | $114.76 | 933,329 | 09/16/2024 | $352.78 | 933,329 |
| | 10/21/2024 | $77.41 | 934,727 | 10/21/2024 | $237.97 | 934,727 |
| | 01/13/2025 | $84.06 | 939,031 | 01/13/2025 | $258.40 | 939,031 |
| | 03/17/2025 | $195.90 | 941,781 | 03/17/2025 | $602.22 | 941,781 |
| | 04/14/2025 | $103.42 | 943,244 | 04/14/2025 | $317.92 | 943,244 |

**Chapter 13 Case # 23-16507**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 05/12/2025 | $124.92 | 944,679 | 05/12/2025 | $384.16 | 944,679 |
| | 06/16/2025 | $104.57 | 946,092 | 06/16/2025 | $321.29 | 946,092 |
| | 07/14/2025 | $104.52 | 947,542 | 07/14/2025 | $321.31 | 947,542 |
| | 08/18/2025 | $104.48 | 948,947 | 08/18/2025 | $321.33 | 948,947 |
| | 09/16/2025 | $104.52 | 950,261 | 09/16/2025 | $321.31 | 950,261 |
| | 10/20/2025 | $103.42 | 951,696 | 10/20/2025 | $317.93 | 951,696 |
| | 11/17/2025 | $103.47 | 953,169 | 11/17/2025 | $317.92 | 953,169 |
| | 12/15/2025 | $103.37 | 954,578 | 12/15/2025 | $317.94 | 954,578 |
| | 01/12/2026 | $103.46 | 955,995 | 01/12/2026 | $317.92 | 955,995 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 08/19/2024 | $1,236.79 | 931,933 | 08/19/2024 | $16.90 | 931,933 |
| | 09/16/2024 | $201.20 | 933,393 | 10/21/2024 | $135.78 | 934,795 |
| | 01/13/2025 | $147.43 | 939,105 | 01/13/2025 | $6.61 | 939,105 |
| | 03/17/2025 | $343.60 | 941,856 | 04/14/2025 | $181.39 | 943,315 |
| | 04/14/2025 | $7.18 | 943,315 | 05/12/2025 | $219.23 | 944,750 |
| | 06/16/2025 | $5.50 | 946,161 | 06/16/2025 | $183.31 | 946,161 |
| | 07/14/2025 | $183.32 | 947,611 | 08/18/2025 | $183.34 | 949,006 |
| | 08/18/2025 | $5.01 | 949,006 | 09/16/2025 | $183.32 | 950,325 |
| | 10/20/2025 | $181.40 | 951,763 | 11/17/2025 | $181.39 | 953,242 |
| | 11/17/2025 | $7.46 | 953,242 | 12/15/2025 | $181.40 | 954,648 |
| | 01/12/2026 | $181.39 | 956,066 | | | |
| CITIBANK NA | | | | | | |
| | 08/19/2024 | $144.33 | 931,576 | 09/16/2024 | $23.49 | 933,064 |
| | 10/21/2024 | $15.85 | 934,421 | 01/13/2025 | $17.20 | 938,722 |
| | 03/17/2025 | $40.10 | 941,461 | 04/14/2025 | $21.17 | 942,932 |
| | 05/12/2025 | $25.58 | 944,358 | 06/16/2025 | $21.39 | 945,757 |
| | 07/14/2025 | $21.40 | 947,217 | 08/18/2025 | $21.39 | 948,651 |
| | 09/16/2025 | $21.39 | 949,916 | 10/20/2025 | $21.17 | 951,340 |
| | 11/17/2025 | $21.17 | 952,819 | 12/15/2025 | $21.17 | 954,220 |
| | 01/12/2026 | $21.17 | 955,661 | 01/15/2026 | ($21.17) | 954,220 |
| | 01/15/2026 | $21.17 | 956,952 | | | |
| FLAGSTAR BANK | | | | | | |
| | 12/11/2023 | $97.47 | 920,690 | 02/12/2024 | $734.87 | 923,435 |
| GOLDMAN SACHS BANK | | | | | | |
| | 08/19/2024 | $606.05 | 932,132 | 09/16/2024 | $98.59 | 933,570 |
| | 10/21/2024 | $66.53 | 934,986 | 01/13/2025 | $72.24 | 939,276 |
| | 03/17/2025 | $168.37 | 942,026 | 04/14/2025 | $88.92 | 943,470 |
| | 05/12/2025 | $107.40 | 944,920 | 06/16/2025 | $89.83 | 946,327 |
| LVNV FUNDING LLC | | | | | | |
| | 08/19/2024 | $1,545.03 | 932,225 | 09/16/2024 | $251.43 | 933,650 |
| | 10/21/2024 | $169.61 | 935,086 | 01/13/2025 | $184.17 | 939,362 |
| | 03/17/2025 | $429.23 | 942,122 | 04/14/2025 | $226.59 | 943,563 |
| | 05/12/2025 | $273.82 | 945,015 | 06/16/2025 | $229.00 | 946,428 |
| | 07/14/2025 | $229.01 | 947,886 | 08/18/2025 | $229.02 | 949,241 |
| | 09/16/2025 | $229.01 | 950,583 | 10/20/2025 | $226.60 | 952,038 |
| | 11/17/2025 | $226.59 | 953,494 | 12/15/2025 | $226.63 | 954,902 |
| | 01/12/2026 | $226.59 | 956,310 | | | |
| VELOCITY INVESTMENTS LLC | | | | | | |
| | 07/14/2025 | $89.83 | 947,500 | 08/18/2025 | $89.84 | 948,910 |
| | 09/16/2025 | $89.83 | 950,212 | 10/20/2025 | $88.89 | 951,641 |
| | 11/17/2025 | $88.88 | 953,119 | 12/15/2025 | $88.89 | 954,525 |
| | 01/12/2026 | $88.88 | 955,948 | | | |

# CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,718.92 | TBD |

**Chapter 13 Case # 23-16507**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,413.03 | 100.00% | 4,413.03 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 8,263.36 | * | 2,237.43 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 25,402.51 | * | 6,878.11 | |
| 0003 | BBY/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | LVNV FUNDING LLC | UNSECURED | 18,105.49 | * | 4,902.33 | |
| 0005 | CAP1/WMT | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 14,493.33 | * | 3,924.29 | |
| 0007 | CARVANA LLC/BRIDGECREST | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0008 | COMENITY BANK/EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | CREDITONEBNK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | ROUNDPOINT MORTGAGE SERVICING LI | (NEW) Prepetition / | 832.34 | 100.00% | 832.34 | |
| 0011 | VELOCITY INVESTMENTS LLC | UNSECURED | 7,101.99 | * | 1,922.97 | |
| 0012 | GS BANK USA | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0015 | LENDCLUB BNK | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | MACYS/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | STATE OF NEW JERSEY, DIVISION OF TA | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0018 | SYNCB/ASHHOM | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | SYNCB/LOW | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | SYNCB/WALMAR | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | UTILITY SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | TELECOM SELF REPORTED | UNSECURED | 0.00 | * | 0.00 | |
| 0029 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 198.03 | * | 48.66 | |
| 0030 | CITIBANK NA | UNSECURED | 1,691.40 | * | 457.97 | |

**Total Paid: $27,336.05**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 16, 2026.

Receipts: $27,341.00 - Paid to Claims: $21,204.10 - Admin Costs Paid: $6,131.95 = Funds on Hand: $4.95

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.