Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−16507−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher M. Clavo
   31 Sindle Avenue
   Little Falls, NJ 07424

Social Security No.:
   xxx−xx−7198

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 5/27/26 at 10:00 AM

to consider and act upon the following:

**63** − Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/11/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

**65** − Certification in Opposition to (related document:63 Certification of Default of Standing Trustee. re: Debtors failure to provide tax returns and/or pay stubs Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/11/2026. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by David L. Stevens on behalf of Christopher M. Clavo. (Attachments: # 1 Certificate of Service) (Stevens, David)

Dated: 5/8/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court