**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee**

IN RE:

   CHRISTOPHER M. CLAVO

**Order Filed on June 11, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**Case No.:  23-16507 SLM**

**Hearing Date:  6/10/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 11, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  CHRISTOPHER M. CLAVO

Case No.:  23-16507

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 06/10/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) is to pay $10,000.00 from their 2025 tax refund and $556.00 representing

  plan payments through June 2026 by 6/30/2026 or the case will be dismissed upon certification of the

  Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with their timely filed 2026 and 2027 Federal tax

  return by 4/15/2027 and 4/15/2028 and any refund in excess of $2,500.00 is to be paid into the plan for the

  benefit of the creditors or the case will be dismissed upon certification of the Trustee with 14 days' notice

  to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.