**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on June 11, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

    CHRISTOPHER M. CLAVO

**Case No.:  23-16507 SLM**

**Hearing Date:  6/10/2026**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 11, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  CHRISTOPHER M. CLAVO

Case No.:  23-16507

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 06/10/2026 on notice to SCURA WIGFIELD

HEYER & STEVENS, LLP, and to the Debtor(s) herein, and good sufficient cause having been shown,

it is:

- ORDERED, that the Debtor(s) is to pay $10,000.00 from their 2025 tax refund and $556.00 representing

  plan payments through June 2026 by 6/30/2026 or the case will be dismissed upon certification of the

  Trustee with 14 days' notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must provide the Trustee with their timely filed 2026 and 2027 Federal tax

  return by 4/15/2027 and 4/15/2028 and any refund in excess of $2,500.00 is to be paid into the plan for the

  benefit of the creditors or the case will be dismissed upon certification of the Trustee with 14 days' notice

  to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-16507-SLM

Christopher M. Clavo                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 11, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2026:**

**Recip ID            Recipient Name and Address**
db            +  Christopher M. Clavo, 31 Sindle Avenue, Little Falls, NJ 07424-1618

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2026                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2026 at the address(es) listed below:**

**Name                          Email Address**

David L. Stevens

            on behalf of Debtor Christopher M. Clavo dstevens@scura.com
            dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com

Jamal J Romero

            on behalf of Debtor Christopher M. Clavo jromero@scura.com
            dstevens@scura.com;ecfbkfilings@scuramealey.com;vmajano@scura.com;spereyra@scura.com;14799@notices.nextchapterbk.com;dwoody@scura.com;pevangelista@scura.com;amurphy@scura.com;amohamed@scura.com;MOueslati@s

Marie-Ann Greenberg

            magecf@magtrustee.com

Matthew K. Fissel

            on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com
            matthew.fissel@brockandscott.com

Paul Evangelista

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jun 11, 2026                       Form ID: pdf903                                 Total Noticed: 1

on behalf of Debtor Christopher M. Clavo pevangelista@scura.com
pselawpc@gmail.com;dstevens@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;vmajano@scura.com;spereyra@scura.com;amohamed@scura.com;dwoody@scura.com;amurphy@scura.com;pevangelista@scura.com

Sarah K. McCaffery

on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. smccaffery@friedmanvartolo.com  ckohn@hoflawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7