Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  23–16507–SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Christopher M. Clavo
   31 Sindle Avenue
   Little Falls, NJ 07424

Social Security No.:
   xxx–xx–7198

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/12/26 at 10:00 AM

to consider and act upon the following:

**70** – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/16/2026. (Attachments: # 1 Proposed Order) (Greenberg, Marie–Ann)

**72** – Certification in Opposition to (related document:70 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 7/16/2026. (Attachments: # 1 Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by Paul Evangelista on behalf of Christopher M. Clavo. (Attachments: # 1 Certificate of Service) (Evangelista, Paul)

Dated: 7/14/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court